UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: GADOLINIUM-BASED CONTRAST AGENTS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:08 GD 50000 MDL No. 1909 Judge Dan Aaron Polster Case No. 1:12 GD 50004 **MEMORANDUM OF OPINION AND ORDER** |
| Paul Decker et al., - against - GE Healthcare, Inc., et al., | | |

On April 2, the Court held a teleconference with counsel to address Plaintiffs' recently filed motion for prejudgment interest pursuant to Ohio Revised Code § 1343.03(C). (Doc. # 221). The Court urged both the parties to settle the case short of an appeal. If they do not, then the Court will recuse itself from ruling on the motion, as the Court might have to be a witness to the key factual issue: Whether Plaintiffs exercised good faith and Defendant failed to do so in trying to settle the case before trial.

**IT IS SO ORDERED.**

*/s/ Dan A. Polster     April 2, 2013*
**Dan Aaron Polster
United States District Judge**